JOHN F. McINTYRE, JR., ESQ., State Bar No. 172128
KEVIN R. ELLIOTT, ESQ., State Bar No. 276295
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile
Email: jmcintyre@sheamcintyre.com

Attorneys for Defendant
E-3 SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCO, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E-3 SYSTEMS, a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 19-CV-01453-HSG<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

　　Based on defendant E-3 Systems Counsel's application and good cause appearing, IT IS HEREBY ORDERED that Defendant's Counsel's Request to Appear Telephonically at the Case Management Conference scheduled for June 25, 2019 at 2:00 p.m. IS GRANTED.

　　Counsel shall contact Court Call at (866) 582-6878 to make the arrangements to appear by telephone.

　　**IT IS SO ORDERED.**

Date: June __13, 2019

　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
ORDER GRANTING DEFENDANT'S APPLICATION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE