DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 285152)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
whaines@uelg.com
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (310) 652-2242

Attorneys for Plaintiff JOSE FRANCO on behalf of himself and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| JOSE FRANCO, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>E-3 SYSTEMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.4:19-cv-01453-HSG<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT PLAINTIFF'S HEARING ON HIS MOTION FOR REMAND AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: October 24, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr |

Plaintiff Jose Franco ("Plaintiff") respectfully requests that his counsel be allowed to appear by telephone at the Case Management Conference and hearing on Plaintiff's Motion for Remand set for October 24, 2019 at 2:00 p.m. Plaintiff's counsel, Roman Shkodnik, resides in Los Angeles, California and the cost of travel would be unduly burdensome for Plaintiff. Plaintiff does not anticipate opposition to this request by any other parties in this action. Plaintiff's counsel can be reached at (818) 230-8380 or can appear at the Case Management Conference via CourtCall.

Dated: October 10, 2019

DAVID YEREMIAN & ASSOCIATES, INC.

By /s/ Roman Shkodnik
David H. Yeremian
Roman Shkodnik
Attorneys for Plaintiff JOSE FRANCO

DATED: 10/10/2019

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA