DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 285152)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
whaines@uelg.com
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (310) 652-2242

Attorneys for Plaintiff JOSE FRANCO on behalf of himself and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| JOSE FRANCO, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>E-3 SYSTEMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.4:19-cv-01453-HSG<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: November 26, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr |

**[~~PROPOSED~~] ORDER**

Plaintiff Jose Franco's Request for Telephonic Appearance at the Case Management Conference set for November 26, 2019 at 2:00 p.m. at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: 11/18/2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr
Judge of the U.S. District Court