DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 276295)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308
Attorneys for Plaintiff
JOSE FRANCO

SHEA & McINTYRE, A P.C.
John F. McIntyre, Jr. (SBN 172128)
 jmcintyre@sheamcintyre.com
Kevin Elliott (SBN276295)
kelliott@sheamcintyre.com
2166 The Alameda
San Jose, CA 95126-1144
Telephone:    (408) 298-6611
Facsimile:    (408) 275-0814

Attorneys for Defendants
E-3 SYSTEMS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCO, on behalf of himself and all others similarly situated<br><br>        Plaintiff,<br><br>   v.<br><br>E-3 SYSTEMS,   a California corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 4:19-cv-01453-HSG<br><br>**ORDER**<br><br><br>Judge:        Hon. Haywood S. Gilliam, Jr<br>Courtroom:   2 (4th Floor)<br><br>Complaint Filed:  February 14, 2019 |

## ORDER

Pursuant to the above Stipulation and good cause appearing, it is hereby ordered as follows:

1.      The case captioned *Jose Franco, on behalf of himself and other Aggrieved Employees v. E-3 Systems*, Case No. 19-cv-02854-HSG, is hereby consolidated into the present action, *Jose Franco, on behalf of himself and others similarly situated v. E-3 Systems*, Case No. 19-cv-01453-HSG. The earlier-filed action, Case No. 19-cv-01453-HSG, shall serve as the lead case. The Clerk is directed to administratively close the later-filed action, Case No. 19-cv-02854-HSG. All future filings should be done in the lead case (Case No. 19-cv-01453-HSG) only and should be captioned "*In re E-3 Systems Litigation.*" The Clerk is directed to e-file this order in Case No. 19-cv-02854-HSG.

IT IS SO ORERED:

Dated: 1/15/2020

_____
Hon. Haywood S. Gilliam, Jr
Judge of the U.S. District Court