1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   Roman Shkodnik (SBN 276295)
3  roman@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308
   Attorneys for Plaintiff
6  JOSE FRANCO

7  SHEA & McINTYRE, A P.C.
   John F. McIntyre, Jr. (SBN 172128)
8   jmcintyre@sheamcintyre.com
   Kevin Elliott (SBN276295)
9  kelliott@sheamcintyre.com
   2166 The Alameda
10 San Jose, CA 95126-1144
   Telephone: (408) 298-6611
11 Facsimile: (408) 275-0814

12 Attorneys for Defendant
   E-3 SYSTEMS
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re *E-3 Systems Litigation.* | Case No. 4:19-cv-01453-HSG |
|---|---|
| | [~~PROPOSED~~] **ORDER** (as modified) |
| | Judge:     Hon. Haywood S. Gilliam, Jr<br>Courtroom:  2 (4th Floor) |
| | Complaint Filed:   February 14, 2019 |

**[PROPOSED] ORDER**

Pursuant to the above Stipulation and good cause appearing, it is hereby ordered as follows:

Upon considering the Joint Stipulation submitted by the Parties, and good cause appearing therefor, the Court hereby orders as follows:

The deadline for Plaintiff to file and serve his Motion for Class Certification is continued from July 15, 2020, to November 4, 2020

The deadline for Defendant to file and serve its Opposition to Plaintiff's Motion for Class Certification is continued from August 26, 2020, to December 15, 2020

The deadline for Plaintiff to file and serve his Reply in support of their Motion for Class Certification is continued from September 9, 2020, to January 5, 2021

The hearing on Plaintiff's Motion for Class Certification is continued from September 24, 2020, to January 21, 2021 at 2:00 p.m.

All other dates and deadlines scheduled will remain the same as currently set.

IT IS SO ORERED:

Dated:   5/28/2020

_Haywood S. Gilliam, Jr._
Hon. Haywood S. Gilliam, Jr
Judge of the U.S. District Court