DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 276295)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308
Attorneys for Plaintiff
JOSE FRANCO

SHEA & McINTYRE, A P.C.
John F. McIntyre, Jr. (SBN 172128)
 jmcintyre@sheamcintyre.com
Kevin Elliott (SBN276295)
kelliott@sheamcintyre.com
2166 The Alameda
San Jose, CA 95126-1144
Telephone:     (408) 298-6611
Facsimile:     (408) 275-0814

Attorneys for Defendants
E-3 SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *E-3 Systems Litigation.* | Case No. 4:19-cv-01453-HSG<br><br>**ORDER**<br><br>Judge:        Hon. Haywood S. Gilliam, Jr<br>Courtroom:    2 (4th Floor)<br><br>Complaint Filed:   February 14, 2019 |

ORDER

# ORDER

Pursuant to the above Stipulation and good cause appearing, it is hereby ordered as follows:

Upon considering the Joint Stipulation submitted by the Parties, and good cause appearing therefor, the Court hereby orders as follows:

The deadline for Plaintiffs to file and serve their Motion for Class Certification is continued from November 4, 2020, to December 4, 2020.

The deadline for Defendant to file and serve its Opposition to Plaintiffs' Motion for Class Certification is continued from December 15, 2020, to January 14, 2021.

The deadline for Plaintiffs to file and serve their Reply in support of their Motion for Class Certification is continued from January 5, 2021, to February 4, 2021.

The hearing on Plaintiffs' Motion for Class Certification is continued from January 21, 2021, to February 25, 2021 at 2:00 p.m.

All other dates and deadlines scheduled will remain the same as currently set.

IT IS SO ORERED:

Dated: 10/29/2020

_____
Hon. Haywood S. Gilliam, Jr
Judge of the U.S. District Court