DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
David@yeremianlaw.com
Roman Shkodnik (SBN 285152)
Roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines (SBN 71075)
whaines@uelg.com
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Telephone: (310) 652-2242

Attorneys for Plaintiff Jose Franco,
on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *E-3 Systems Litigation.* | Case No.: 4:19-cv-01453-HSG<br><br>**ORDER**<br><br>Judge:          Hon. Haywood S. Gilliam, Jr<br>Courtroom.:   2<br><br>Complaint Filed:   February 14, 2019 |

**ORDER**

Pursuant to the above Stipulation and good cause appearing, it is hereby ordered as follows:

Upon considering the Joint Stipulation submitted by the Parties, and good cause appearing therefor, the Court hereby orders as follows:

(1) All dates and deadlines for class certification briefing schedule shall be VACATED.

IT IS SO ORERED:

Dated: 11/10/2020

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr
Judge of the U.S. District Court