DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 276295)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308
Attorneys for Plaintiff
JOSE FRANCO

SHEA & McINTYRE, A P.C.
John F. McIntyre, Jr. (SBN 172128)
 jmcintyre@sheamcintyre.com
Kevin Elliott (SBN276295)
kelliott@sheamcintyre.com
2166 The Alameda
San Jose, CA 95126-1144
Telephone:     (408) 298-6611
Facsimile:      (408) 275-0814

Attorneys for Defendants
E-3 SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *E-3 Systems Litigation.* | Case No. 4:19-cv-01453-HSG |
| | **ORDER** |
| | Judge:         Hon. Haywood S. Gilliam, Jr<br>Courtroom:   2 (4th Floor) |
| | Complaint Filed:   February 14, 2019 |

STIPULATION REGARDING SETTING DATES FOR FINAL APPROVAL ADMINISTRATION OF SETTLEMENT AND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

# ORDER

Pursuant to the above Stipulation and good cause appearing, it is hereby ordered as follows:

Upon considering the Joint Stipulation submitted by the Parties, and good cause appearing therefor, the Court hereby orders as follows:

| | |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | February 25, 2021 |
| Filing deadline for attorneys' fees and costs motion | March 15, 2021 |
| Filing deadline for incentive payment motion | March 15, 2021 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment, at least 30 days after the filing of the motions for attorneys' fees and incentive payments | April 14, 2021 |
| Filing deadline for final approval motion | April 29, 2021 |
| Final fairness hearing and hearing on motions | May 27, 2021 |

IT IS SO ORERED:

Dated: 2/4/2021

_____
Hon. Haywood S. Gilliam, Jr
Judge of the U.S. District Court