UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCO,<br><br>        Plaintiff,<br><br>    v.<br><br>E-3 SYSTEMS,<br><br>        Defendant. | Case No. 19-cv-01453-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT SUPPLEMENTAL BRIEFING ON INCENTIVE AWARD** |

Plaintiff seeks approval of a Class Representative incentive award of $5,000. Dkt. No. 61 at 15. This is approximately seven times the recovery of the average class member. *See* Dkt. No. 62-2. The Court is obliged to "scrutiniz[e] all incentive awards," *Radcliffe v. Experian Info. Solutions, Inc.*, 715 F.3d 1157, 1165 (9th Cir. 2013), and evaluate "relevant factors includ[ing] the actions the plaintiff has taken to protect the interests of the class, the degree to which the class has benefitted from those actions, . . . [and] the amount of time and effort the plaintiff expended in pursuing the litigation . . . ." *Staton v. Boeing Co.*, 327 F.3d 938, 977 (9th Cir. 2003). Here the Court is particularly interested in the extent of Plaintiff's involvement with the litigation, including the tasks performed and an estimate of hours spent. Accordingly, the Court **DIRECTS** Plaintiff to submit supplemental briefing of no more than three pages and a declaration by Plaintiff with these details by June 4, 2021.

**IT IS SO ORDERED.**

Dated: 5/28/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge