UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E-3 SYSTEMS,<br><br>　　　　Defendant. | Case No. 19-cv-01453-HSG<br><br>**FINAL JUDGMENT** |

Plaintiff's Motion for Final Approval of Class Action Settlement and for Motion For Approval of Attorneys' Fees and Costs came for hearing on May 27, 2021 before the Court. The Court having previously granted preliminary approval of the Settlement on January 29, 2021, the Parties having fully briefed the issues regarding final approval and awards of attorneys' fees, reimbursement of litigation expenses, and service enhancement payment, the cause having been heard, and the Court having granted final approval of the Stipulation of Class Action Settlement and Release and having granted the motion for Approval of Attorneys' Fees and Costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Court having entered an order granting Final Approval of this Settlement hereby enters Final Judgment in favor of Plaintiff Jose Franco and the Class Members in the amount of One Hundred Twenty-Five Dollars ($125,000.00).

All Class Members are bound by this Final Judgment and by the previously approved Settlement, including but not limited to the releases contained therein.

Judgment is entered approving the terms of the Settlement and according to the terms of this Court's prior orders. This Order shall constitute Final Judgment for purposes of Federal Rule of Civil Procedure Rule 58. This action is dismissed on the merits and with prejudice. Each party

will bear its own costs except as provided otherwise in the Settlement. The Clerk is directed to enter judgment and close the case.

**IT IS SO ORDERED.**

Dated:  6/11/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

2